No. 819. EDWARDS ET AL. *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr.* and *Donald James Sampson* for petitioners. *Daniel R. Mc-Leod*, Attorney General of South Carolina, *Everett N. Brandon*, Assistant Attorney General, and *J. C. Coleman, Jr.* for respondent. 

No. 754. WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;
No. 755. CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and
No. 756. LONG ISLAND LIGHTING CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John W. Reynolds*, Attorney General of Wisconsin, *Roy G. Tulane*, Assistant Attorney General, *William E. Torkelson, Kent H. Brown, Barbara M. Suchow* and *Morton L. Simons* for petitioners in No. 754. *William M. Bennett* and *John T. Murphy* for petitioners in No. 755. *David K. Kadane, Bertram D. Moll, Vincent P. McDevitt, Samuel Graff Miller, J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for petitioners in No. 756. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Kathryn H. Baldwin, Ralph S. Spritzer, Howard E. Wahrenbrock* and *Arthur H. Fribourg* for the Federal Power Commission, and *Charles E. McGee, Lambert McAllister* and *Kenneth Heady* for Phillips Petroleum Co., respondents. Reported below: 112 U. S. App. D. C. 369, 303 F. 2d 380.